MORRIS PETERSON
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Akke Levin, Bar No. 9102
Email: al@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422

BALCH & BINGHAM LLP
J. Russell Campbell (*admitted pro hac vice*)
Email: rcampbell@balch.com
Will Hill Tankersley, Jr. (*admitted pro hac vice*)
Email: wtankers@balch.com
J. Eric Getty (*admitted pro hac vice*)
Email: egetty@balch.com
Post Office Box 306
Birmingham, Alabama 35201
Telephone:  (205) 251-8100

Attorneys for Plaintiff and
Counter-Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| NEVADA POWER COMPANY, d/b/a NV ENERGY,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>COMVERGE, INC., a Delaware corporation,<br><br>Defendant and Counter-Plaintiff. | Case No.  2:10-cv-02094-GMN-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

       Plaintiff/Counter-Defendant Nevada Power Company d/b/a NV Energy and Defendant/Counter-Plaintiff Comverge, Inc., by and through their attorneys of record, and pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, jointly agree and stipulate that all claims in this case, including Plaintiff's claims against Defendant and Counter-Plaintiff's claims against

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Counter-Defendant, shall be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: January 26, 2012

MORRIS PETERSON

By: _____
Steve Morris, Bar No. 1543
Akke Levin, Bar No. 9102
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

BALCH & BINGHAM LLP

J. Russell Campbell (*admitted PHV*)
Will Hill Tankersley, Jr. (*admitted PHV*)
J. Eric Getty (*admitted PHV*)
Post Office Box 306
Birmingham, Alabama 35201
(205)251-8100

Attorney for Plaintiff and
Counter-defendant

Dated: January 26, 2012

LIONEL SAWYER & COLLINS

By: _____
Charles H. McCrea, Jr., Bar No. 104
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

ALSTON & BIRD, LLP

Daniel F. Diffley (*admitted PHV*)
Samuel R. Rutherford (*admitted PHV*)
Jason Popp (*admitted PHV*)
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

Attorneys for Defendant and
Counter-plaintiff

ORDER

**IT IS SO ORDERED** this 27th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Page 2 of 2